IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover           Date: March 5, 2012
Court Reporter:    Paul Zuckerman
Probation Officer: Sergio Garza

Criminal Action No. 11-cr-00333-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Lillian Alves

        Plaintiff,

v.

SILVIA VERONICA SALAZAR,                      Brian Leedy

        Defendant.

---

### SENTENCING MINUTES
---

**11:07 a.m.    Court in session**.

Defendant present in custody.

**Change of Plea Hearing on November 15, 2011.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

**ORDER:**   Defendant's Motion to Withdraw Motion for Downward Departure **(Doc. #25)** is **GRANTED** as to the Downward Departure argument only included in Doc. #21. Ruling is reserved as to the Variant Sentence argument.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #21)**.  Argument.  The Government concurs.

Allocution. - Statements made by:  The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**   Defendant's Motion for Variant Sentence **(Doc. #21)** is **GRANTED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:31 a.m.**   **Court in recess.**

Total Time:   24 minutes.
Hearing concluded.